IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSVALDO FERRIERA JUNIOR,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS et. al.,<br><br>Respondents. | No.  1:25-cv-01671-DC-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(ECF No. 20) |

Petitioner, an immigration detainee proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 10, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on the parties and contained notice that the parties may file objections within seven days. (ECF No. 20).  No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.   The findings and recommendations filed July 10, 2026 (ECF No. 20), are ADOPTED;

2.   Petitioner Jose Osvaldo Ferreira Junior's petition for a writ of habeas corpus (ECF No. 1), is GRANTED;

3.   The preliminary injunctive relief previously granted (ECF No. 14) is permanent;

4.   This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal, and Petitioner receives notice of that final order of removal; and

5.   The Clerk of the Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2026**

Dena Coggins
United States District Judge

2